# United States Bankruptcy Court
## District of Kansas, Topeka Division

In re **Goerdel, Thomas Frederick & Goerdel, Jillian Marie**　　　Case No. **5:21-bk-40239**

　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　Chapter **7**

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

　　　　I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

[ ]　　I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ]　　I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
_____
_____.

[X]　　I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

　　Executed on **April 19, 2021**　　　　　　　　(date) by　　*/s/ Thomas Frederick Goerdel*　　　(debtor)

| Unified School District #497 | EFT No. | 00376624 | Employee Name | GOERDEL, THOMAS | Employee ID | 0000010449 |
|---|---|---|---|---|---|---|
| Lawrence Public Schools | EFT Date | 02/19/21 | Status/Exempt | M/1 | State | S/0 |
| 110 McDonald Drive | Period Ending | 02/18/21 | Additional WH | 0.00 | State Addtnl | 0.00 |
| Lawrence, KS 66044-1063 | | | | | | |

### EARNINGS

| Description | Hours | Rate | Current Earnings | Y-T-D Amount |
|---|---|---|---|---|
| TECHSTPN | | | 5.00 | 10.00 |
| TCHR MIDDLE SCH | | | 4,217.33 | 8,434.66 |
| RTROTKN | | | -91.68 | |
| MENTOR | | 250.00 | | 250.00 |
| TOTAL EARNINGS: | | | 4,222.33 | 8,602.98 |

### TAXES

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| FICA | 259.82 | 529.46 |
| MEDICARE | 60.77 | 123.84 |
| FIT | 274.32 | 538.30 |
| SIT KS | 186.49 | 367.76 |
| TOTAL: | 781.40 | 1,559.36 |

### PRE-TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| KPERS3 | 253.34 | 516.18 |
| DNTL CE | 38.95 | 77.90 |
| VSN CE | 1.54 | 3.08 |
| TOTAL: | 293.83 | 597.16 |

### BANKING INFORMATION

| | | | |
|---|---|---|---|
| CENTRAL BANK OF THE MIDWE | C | 3,133.44 | 6,419.14 |

### EMPLOYER PAID BENEFITS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| FICA | 259.82 | 529.46 |
| MEDICARE | 60.77 | 123.84 |
| WORKCOMP | 21.11 | 43.01 |
| UNEMPLOY | 3.94 | 8.03 |
| MED CE | 544.85 | 1,089.70 |
| DNTL CE | 20.36 | 40.72 |
| VSN CE | 0.84 | 1.68 |
| 403B CE | 75.00 | 150.00 |
| Taxable | | |
| KPER GTL | 3.88 | 7.76 |
| TXFRTECH | 5.00 | 10.00 |
| TOTAL: | 995.57 | 2,004.20 |

### AFTER-TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| STD 8DAY | 13.66 | 27.32 |
| TOTAL: | 13.66 | 27.32 |
| Net Pay | 3,133.44 | |

### LEAVE RECORDS

| Description | Beginning Balance | Earned | Used | Ending Balance |
|---|---|---|---|---|
| SICK LEAVE | 130.00 | 0.00 | 8.00 | 122.00 |

Message:
2/19/21 CERTIFIED PAYROLL_LEAVE BALANCES AS OF 1/30/21

10

| Unified School District #497 | | EFT No. | 00379370 | Employee Name | GOERDEL, THOMAS | Employee ID | 0000010449 |
|---|---|---|---|---|---|---|---|
| Lawrence Public Schools | | EFT Date | 03/19/21 | Status/Exempt | M/1 | State | S/0 |
| 110 McDonald Drive | | Period Ending | 03/18/21 | Additional WH | 0.00 | State Addtnl | 0.00 |
| Lawrence, KS 66044-1063 | | | | | | | |

| EARNINGS | | | | | TAXES | | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Earnings | Y-T-D Amount | Description | Current Amount | Y-T-D Amount | Description | Current Amount | Y-T-D Amount |
| TECHSTPN | | | 5.00 | 15.00 | FICA | 259.82 | 795.79 | KPERS3 | 253.34 | 775.82 |
| TCHR MIDDLE SCH | | | 4,217.33 | 12,651.99 | MEDICARE | 60.77 | 186.13 | DNTL CE | 38.95 | 116.85 |
| RTROTKN | | | | -91.68 | FIT | 274.32 | 812.62 | VSN CE | 1.54 | 4.62 |
| MISC PAY | | 21.00 | | 105.00 | SIT KS | 186.49 | 554.25 | | | |
| MENTOR | | 250.00 | | 250.00 | | | | | | |
| TOTAL EARNINGS: | | | 4,222.33 | 12,930.31 | TOTAL: | 781.40 | 2,348.79 | TOTAL: | 293.83 | 897.29 |

| BANKING INFORMATION | | | | EMPLOYER PAID BENEFITS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| CENTRAL BANK OF THE MIDWE | | C | 3,133.44 | 9,643.25 | FICA | 259.82 | 795.79 | STD 8DAY | 13.66 | 40.98 |
| | | | | | MEDICARE | 60.77 | 186.13 | | | |
| | | | | | WORKCOMP | 21.11 | 64.65 | | | |
| | | | | | UNEMPLOY | 3.94 | 12.07 | | | |
| | | | | | MED CE | 544.85 | 1,634.55 | | | |
| | | | | | DNTL CE | 20.36 | 61.08 | | | |
| | | | | | VSN CE | 0.84 | 2.52 | | | |
| | | | | | 403B CE | 75.00 | 225.00 | | | |
| | | | | | Taxable | | | | | |
| | | | | | KPER GTL | 3.88 | 11.64 | | | |
| | | | | | TXFRTECH | 5.00 | 15.00 | | | |
| | | | | | TOTAL: | 995.57 | 3,008.43 | TOTAL: | 13.66 | 40.98 |
| | | | | | | | | Net Pay | 3,133.44 | |

### LEAVE RECORDS

| Description | Beginning Balance | Earned | Used | Ending Balance |
|---|---|---|---|---|
| SICK LEAVE | 122.00 | 0.00 | 8.00 | 114.00 |

**Message:**
3/19/21 CERTIFIED PAYROLL_LEAVE BALANCES AS OF 2/27/21

**11**

1/1

Case 21-40239    Doc# 4    Filed 04/19/21    Page 3 of 5

# United States Bankruptcy Court
## District of Kansas, Topeka Division

In re **Goerdel, Thomas Frederick & Goerdel, Jillian Marie**　　　　Case No. **5:21-bk-40239**
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　Chapter **7**

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

　　　　I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

[ ]　　I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ]　　I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
_____
_____.

[X]　　I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


　　Executed on **April 19, 2021**_____ (date) by　　*/s/ Jillian Marie Goerdel*_____(joint debtor)

PRECIOUS ONES LEARNING CENTER

6223

Check Date: 03/01/2021  Period Start: 02/15/2021  Period End: 02/19/2021
Name: Jillian Goerdel

| Pay / Additions | Rate | Hours | Current | YTD | Deductions / Contributions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaries & Wages | 13.5000 | 19.020 | 256.77 | 3,304.93 | Federal | 2.22 | 252.48 |
| Holiday | | | 0.00 | 208.00 | SUTA - KS | 0.80 | 8.09 |
| | | | | | Social Security | 15.92 | 217.80 |
| | | | | | Medicare | 3.72 | 50.93 |
| | | | | | State (KS) | 5.00 | 99.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Gross Pay | | | 256.77 | 3,512.93 | | | |
| Vacation Time Remaining : | | 40.000 Hours | | | Total Deductions | 27.76 | 628.28 |
| Sick Time Remaining : | | 0.000 Hours | | | Net Pay | 229.01 | 2,884.65 |

---

PRECIOUS ONES LEARNING CENTER

6241

Check Date: 03/08/2021  Period Start: 02/22/2021  Period End: 02/26/2021
Name: Jillian Goerdel

| Pay / Additions | Rate | Hours | Current | YTD | Deductions / Contributions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaries & Wages | 13.5000 | 24.420 | 329.67 | 3,634.60 | Federal | 9.51 | 261.97 |
| Holiday | | | 0.00 | 208.00 | SUTA - KS | 1.15 | 9.24 |
| | | | | | Social Security | 20.44 | 238.24 |
| | | | | | Medicare | 4.78 | 55.71 |
| | | | | | State (KS) | 7.00 | 106.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Gross Pay | | | 329.67 | 3,842.60 | | | |
| Vacation Time Remaining : | | 40.000 Hours | | | Total Deductions | 42.88 | 671.16 |
| Sick Time Remaining : | | 0.000 Hours | | | Net Pay | 286.79 | 3,171.44 |

---

PRECIOUS ONES LEARNING CENTER

6261

Check Date: 03/15/2021  Period Start: 03/01/2021  Period End: 03/05/2021
Name: Jillian Goerdel

| Pay / Additions | Rate | Hours | Current | YTD | Deductions / Contributions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaries & Wages | 13.5000 | 28.250 | 381.38 | 4,015.98 | Federal | 14.68 | 276.65 |
| Holiday | | | 0.00 | 208.00 | SUTA - KS | 1.33 | 10.57 |
| | | | | | Social Security | 23.65 | 261.89 |
| | | | | | Medicare | 5.53 | 61.24 |
| | | | | | State (KS) | 9.00 | 115.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Gross Pay | | | 381.38 | 4,223.98 | | | |
| Vacation Time Remaining : | | 40.000 Hours | | | Total Deductions | 54.19 | 725.35 |
| Sick Time Remaining : | | 0.000 Hours | | | Net Pay | 327.19 | 3,498.63 |

---

PRECIOUS ONES LEARNING CENTER

6281

Check Date: 03/22/2021  Period Start: 03/08/2021  Period End: 03/12/2021
Name: Jillian Goerdel

| Pay / Additions | Rate | Hours | Current | YTD | Deductions / Contributions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salaries & Wages | 13.5000 | 25.000 | 337.50 | 4,353.48 | Federal | 10.29 | 286.94 |
| Holiday | | | 0.00 | 208.00 | SUTA - KS | 1.18 | 11.75 |
| | | | | | Social Security | 20.93 | 282.82 |
| | | | | | Medicare | 4.89 | 66.13 |
| | | | | | State (KS) | 7.00 | 122.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Gross Pay | | | 337.50 | 4,561.48 | | | |
| Vacation Time Remaining : | | 40.000 Hours | | | Total Deductions | 44.29 | 789.64 |
| Sick Time Remaining : | | 0.000 Hours | | | Net Pay | 293.21 | 3,791.84 |

13