UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE Thomas Frederick Goerdel
Jillian Marie Goerdel

Case No. _____

_____

## AGREEMENT FOR SERVICES, POWER OF ATTORNEY

The undersigned client(s) (Client) hereby retain John R. Hooge (Attorney) to represent Client in a chapter 7 regular bankruptcy action. Client understands and agree to the following:

1. Client will pay the court's noticing fee of $338.00 prior to filing the case.

2. A MINIMUM attorney fee of $2,300.00 will be charged for the services to be provided by Attorney. This is not an estimate of the total fee. Such minimum fee includes: conference(s) and communications with Client, communications with creditors and bankruptcy trustee's office, preparation of all initial documentation and filing case, representation at the first meeting of creditors (Attorney may have another lawyer appear with Client at such meeting) and all hearings (if necessary), preparation of motions, notices and orders, mailing notices to creditors, etc. Such minimum fee is based upon what Attorney hopes this case should take in time spent by Attorney and staff (not including typing and other clerical time) from beginning to completion, assuming the Client does all things required of him by the Court, trustee, Attorney and nothing unexpected occurs. However, Attorney has the right to charge for the time in excess of such minimum fee.

The total fee will be determined by the amount of time actually spent and services performed by Attorney and his staff. One can never know for sure when a case is first filed how much the total fee will be because we cannot know for certain how much time will be spent. This depends upon how many meetings are held, how many phone calls, emails, letters and other communications are made, any unusual aspects of your situation, what creditors do, such as objecting to exemptions, objecting to motions to redeem, failure to assist with reaffirmation agreements, or what the court and/or trustee might require.

Prior to filing your case and any time after, Attorney has the right to prepare

**69**

and file an itemized statement showing all time spent and services performed (in tenths of hours) and request that additional fees and expenses over and above the minimum fee stated herein be paid before this case is filed.

Attorney does not provide these itemized statements or motions requesting approval of additional fees at any particular interval, but when Attorney chooses. If Client wishes to know what the total itemized fees and expenses are at any particular time, Client can request such itemization in writing and we will provide the same as soon as possible.

If additional creditors need to be added, Client will pay the additional court costs of $31.00 fee, as long as no more than 20 creditors are added plus a mailing cost of $.75 per mailing. Other court costs might have to be paid by Client if required such as when a motion for relief is filed by Client.

All time spent by Attorney will be charged at the rate of $265.00 per hour for attorney John Hooge's time, $200.00 per hour for associate attorney's time, $115.00 per hour for legal assistant time, $60.00 per hour for law clerk time, and $100.00 per hour for attorney traveling time out of the city of Lawrence, plus $.75 per notice required to be mailed to creditors/interested parties. Any review of documents or other amount of time spent at any one time by Attorney or staff will be charged at a minimum amount of .10 of an hour. Attorney has the right to raise these rates (not more frequently than every year) if and when he raises his normal rate(s) by providing notice that such rates are being raised.

Attorney will not represent Client in any adversary proceeding (including objections to discharge by creditors) or an appeal unless Client and Attorney mutually agree to a written agreement including how Client will pay for the services of Attorney in such adversary proceeding. Attorney is not required to represent Client in an adversary proceeding or appeal.

Attorney is only agreeing to represent Client in the intended chapter 7 bankruptcy case. Attorney is not agreeing to nor obligated to represent Client in any other legal matters, including criminal cases or civil cases filed in state court such as foreclosure cases, nor in attempted modifications of mortgage loans.

All payments paid to Attorney will be paid on the first fees incurred and owed. Fees earned prior to filing the case will thus be paid first.

If Client fails to make any payments required under this Agreement or in any Promissory Note and Security Agreement incorporated by reference into this Agreement, then Attorney has the right to withdraw and stop doing any legal work for Client.

Client agrees that when case is completed, if there are funds belonging to Client in Attorney's trust account and attorney fees and expenses are still owed to

**70**

Attorney, Attorney can pay himself such funds from the trust account to pay said fees and expenses.

Client agrees that Attorney and his affiliate, Living Financial Solutions (see letter detailing procedure to file case), can send to Client in the future, even after this case is concluded, via mail or email, newsletters, announcements or other information regarding legal or financial matters, in an effort to provide helpful information to Client and others. Whenever Client does not want to receive such mailed or emailed information, Client shall so advise Attorney in writing.

3. Client will pay said minimum fee in the following manner, to-wit:

   a. Client has paid $2,300.00.

   b. If the fee exceeds the minimum fee, in monthly payments of at least $100 after a billing and itemized statement is provided.

   c. If payments are not paid on time, then a late fee of 5% of the unpaid portion of any payment is added for any payment received over 10 days late.

   d. If any payment is received over 10 days late, Attorney may send a Notice of Right to Cure advising the Client that the Client has an additional 20 days to pay the past due payments plus late fees. If Client fails to pay the required amounts within said 20 days, Attorney has the right to accelerate and declare the entire balance of fees immediately due and owing, plus interest thereon from said accelerated date at the rate of 18% APR (annual percentage rate). If any other payment is received over 10 days late after Attorney has sent a Notice of Right to Cure, the Attorney may immediately declare the balance of fees due and owing and is not obligated to send any additional Notices of Right to Cure.

   4. Client understands and acknowledges the following (please initial each statement):

_TG_  _JG_ (initial) Client has reviewed (and signed) with Attorney the bankruptcy petition, statement of affairs and schedules of assets, debts, executory contracts/leases, co-debtors, income and expenses, summary, matrix of creditors' addresses and verification of matrix which Client has signed (hereafter referred to as "Bankruptcy Papers").

_TG_  _JG_ (initial) Client has received the "Chapter 7 Manual" from Attorney along with a copy of the signed Bankruptcy Papers and this Agreement and any Tax Refund Assignment (if applicable). Client understands that Client is obligated and

**71**

expected to read the Chapter 7. Client also understands that such Chapter 7 Manual provides important information and directions to Client and that Client is expected to do as stated in such Manual and that the terms of such Manual are a part of the agreement of the parties If Client disagrees with or does not understand anything stated in such Manual, Client is expected to so advise Attorney in writing.

_TG_ _JG_ (initial) Client understands that a financial management class must be taken by Client before this case is completed or no discharge of debt will be granted. Attorney is not required to continue to remind Client of this obligation.

_TG_ _JG_ (initial) Client understands that the attorney fee listed above is a MINIMUM attorney fee and not an estimate of the total fee. As the agreement above says, the actual fee will be whatever the total time spent amounts to. Attorney can provide an itemized statement itemizing services performed and additional fees owed and such cannot be done until the case is completely over. Such might be done months later depending upon a number of factors, when Attorney chooses. If Client wishes to know what the total itemized fees and expenses are at any particular time, Client can request such itemization and such will be provided.

_TG_ _JG_ (initial) Client understands that a residential lease cannot be assumed and will be automatically rejected, turning such lease into a month-to-month lease. Client is aware that landlord can evict Client with 30 days notice and that Client can seek to obtain a new longer lease with current landlord after bankruptcy is filed.

_TG_ _JG_ (initial) Client understands that the Attorney will not represent the Client in an adversary and/or appeal action unless Client and Attorney agree in writing to do so and Attorney is not required to do so.

_TG_ _JG_ (initial) Client hereby gives a power of attorney to Attorney allowing Attorney to receive any and all income tax refunds during and after the pendency of this case and following the case if Attorney is entitled to receive tax refunds. Attorney is authorized to endorse tax refund checks and distribute such refunds to the appropriate parties (to Client, trustee or attorney).

## NOTICE TO CONSUMER

1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT.
2. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.
3. YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY.

72

WITNESS OUR HANDS on the 15th day of April, 2021.

*Thomas Goerdel*
Thomas Goerdel (Apr 19, 2021 10:47 CDT)

Debtor

*Jy C*
Jillian Goerdel (Apr 19, 2021 11:50 CDT)

Co-Debtor

_____
John R. Hooge, Attorney

Ch7.ret