| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Thomas Frederick Goerdel<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9766<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** Jillian Marie Goerdel<br>(Spouse, if filing) First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9989<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of Kansas | Date case filed for chapter: 7   4/19/21 | |
| Case number / Presiding Judge: 21–40239 / Dale L. Somers | Date Notice Issued: **4/20/21** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    11/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov.

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 17, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location:<br><br>**Phone Number: (877) 329–8206, Access Code: 8850378#** |
|---|---|---|---|
| | | **About Debtor 1:** | **About Debtor 2:** |
| 2. | **Debtor's full name** | Thomas Frederick Goerdel | Jillian Marie Goerdel |
| 3. | **All other names used in the last 8 years** | | fka Jillian Marie Klaus |
| 4. | **Address** | 2906 University Dr<br>Lawrence, KS 66049–2862 | 2906 University Dr<br>Lawrence, KS 66049–2862 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                          page 1

Debtor **Thomas Frederick Goerdel** and **Jillian Marie Goerdel**     Case number **21–40239**

| | | |
|---|---|---|
| **5.** **Debtor's Attorney** Name and address | John R. Hooge 2619 W 6th St Ste D Lawrence, KS 66049 | Contact phone (785) 842–1138 |
| **6.** **Bankruptcy trustee** Name and address | Patricia E Hamilton Stevens and Brand, LLP 4848 SW 21st St, Ste 201 Topeka, KS 66604 | Contact phone 785–408–8000 |
| **7.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 240 US Courthouse 444 SE Quincy Topeka, KS 66683 | Office Hours: 9:00 AM – 4:00 PM Monday – Friday Contact phone (785) 338–5910 |
| **8.** **Presumption of abuse** | The presumption of abuse does not arise. If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/16/21** |
| | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered. |
| **10.** **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection. | |
| **13. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

In re:                                                                  Case No. 21-40239-DLS
Thomas Frederick Goerdel                              Chapter 7
Jillian Marie Goerdel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-5                                  User: admin                                       Page 1 of 2
Date Rcvd: Apr 20, 2021                            Form ID: 309A                                Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#              Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | | Jillian Marie Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |
| 9615317 | | Azura Credit Union, 2623 SE 29th St, Topeka KS 66605-2244 |
| 9615318 | | Barber Emerson LC, PO Box 667, Lawrence KS 66044-0667 |
| 9615320 | | Cherry Hill Properties LLC, 2357 Ridge Ct Apt 53, Lawrence KS 66046-3975 |
| 9615322 | | Creditors Service Bureau Inc, PO Box 5009, Topeka KS 66605-0009 |
| 9615324 | | Dr Patrick Moriarty, 3901 Rainbow Blvd, Kansas City KS 66160-8500 |
| 9615325 | # | Enchance Dental Care, 3514 Clinton Pkwy Ste G, Lawrence KS 66047-2103 |
| 9615326 | | Evergy Central 1st, 818 S Kansas Ave, Topeka KS 66612-1203 |
| 9615327 | | Family Centered Medicine LLC, 4930 Overland Dr, Lawrence KS 66049-4132 |
| 9615334 | | LMH Health, 1310 Wakarusa Dr Ste A, Lawrence KS 66049-3854 |
| 9615335 | | LMH Health, 325 Maine St, Lawrence KS 66044-1360 |
| 9615331 | | Lawrence Anaesthesia PA, PO Box 545, Lawrence KS 66044-0545 |
| 9615332 | | Lawrence Clinical Laboratory, PO Box 602, Wichita KS 67201-0602 |
| 9615333 | | Lawrence OB/gyn, PO Box 843666, Kansas City MO 64184-3666 |
| 9615336 | | National General, PO Box 853921, Richardson TX 75085-3921 |
| 9615338 | | Palliative Support Services, 330 Arkansas St Ste 210, Lawrence KS 66044-1394 |
| 9615339 | | Radiologic Professional Services, PO Box 1103, Wichita KS 67201-1103 |
| 9615340 | | Receivable Management Services Corp, PO Box 361598, Columbus OH 43236-1598 |
| 9615342 | + | US Attorneys Office, US Courthouse, 444 SE Quincy St Ste 290, Topeka KS 66683-3592 |
| 9615344 | + | US Department of Education, Business Operations/Federal Student Aid, 50 United Nations Plz, San Francisco CA 94102-4918 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: goerdel@msn.com | Apr 20 2021 20:20:00 | Thomas Frederick Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |
| aty | | Email/Text: ecfmail@johnhooge.com | Apr 20 2021 20:20:00 | John R. Hooge, 2619 W 6th St Ste D, Lawrence, KS 66049 |
| tr | + | EDI: BPEHAMILTON.COM | Apr 21 2021 00:08:00 | Patricia E Hamilton, Stevens and Brand, LLP, 4848 SW 21st St, Ste 201, Topeka, KS 66604-4415 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Apr 20 2021 20:21:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 9615319 | | Email/Text: Legal.Services@bcbsks.com | Apr 20 2021 20:20:00 | Blue Cross Blue Shield of KS, 1133 SW Topeka Blvd, Topeka KS 66629-0001 |
| 9615321 | | Email/Text: cws@creditworldservices.com | Apr 20 2021 20:20:00 | Credit World Services Inc, 6000 Martway St, Shawnee Mission KS 66202-3339 |
| 9615323 | | EDI: DISCOVER.COM | Apr 21 2021 00:08:00 | Discover Financial, PO Box 6103, Carol Stream IL |

| Recip ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 9615328 | EDI: IIC9.COM | Apr 21 2021 00:08:00 | IC Systems, 444 Highway 96 E, Saint Paul MN 55127-2557 |
| 9615330 | EDI: IRS.COM | Apr 21 2021 00:08:00 | Internal Revenue Service, Insolvency Administration, PO Box 7346, Philadelphia PA 19101-7346 |
| 9615337 | EDI: NAVIENTFKASMSERV.COM | Apr 21 2021 00:08:00 | Navient Solutions LLC, PO Box 9640, Wilkes Barre PA 18773-9640 |
| 9615341 | EDI: RMSC.COM | Apr 21 2021 00:08:00 | Synchrony Ban, Bankruptcy Department, PO Box 965061, Orlando FL 32896-5061 |
| 9615343 | EDI: ECMC.COM | Apr 21 2021 00:08:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 9615345 | EDI: WFFC.COM | Apr 21 2021 00:08:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville NC 28590-1697 |
| 9615346 | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 20 2021 20:21:00 | Westlake Financial Services, PO Box 54807, Los Angeles CA 90054-0807 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9615329 | *+ | IC Systems, 444 Highway 96 E, Saint Paul MN 55127-2557 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John R. Hooge | on behalf of Joint Debtor Jillian Marie Goerdel ecfmail@johnhooge.com G14872@notify.cincompass.com |
| John R. Hooge | on behalf of Debtor Thomas Frederick Goerdel ecfmail@johnhooge.com G14872@notify.cincompass.com |
| Patricia E Hamilton | phamilton@stevensbrand.com ks12@ecfcbis.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 4