Form ntcfinmgt (Revised 12/03/2015)

United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 21–40239

Chapter: 7

In re: (Name of Debtor)

Thomas Frederick Goerdel
2906 University Dr
Lawrence, KS 66049–2862

Jillian Marie Goerdel
fka  Jillian Marie Klaus
2906 University Dr
Lawrence, KS 66049–2862

Entered By The Court
4/20/21

**NOTICE OF REQUIREMENT TO FILE A
STATEMENT OF COMPLETION OF COURSE IN
PERSONAL FINANCIAL MANAGEMENT
(Official Form 423)**

Filed By The Court
4/20/21
David D. Zimmerman
Clerk of Court
US Bankruptcy Court

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 6

s/  David D. Zimmerman
Clerk, United States Bankruptcy Court

In re:                                                                                                                                Case No. 21-40239-DLS

Thomas Frederick Goerdel                                                                             Chapter 7

Jillian Marie Goerdel

    Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-5                                    User: admin                                                    Page 1 of 1

Date Rcvd: Apr 20, 2021                           Form ID: ksnfinmg                                  Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | Jillian Marie Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: goerdel@msn.com | Apr 20 2021 20:20:00 | Thomas Frederick Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021                                       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John R. Hooge | on behalf of Joint Debtor Jillian Marie Goerdel ecfmail@johnhooge.com   G14872@notify.cincompass.com |
| John R. Hooge | on behalf of Debtor Thomas Frederick Goerdel ecfmail@johnhooge.com   G14872@notify.cincompass.com |
| Patricia E Hamilton | phamilton@stevensbrand.com   ks12@ecfcbis.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 4