Certificate Number: 05781-KS-DE-035653246

Bankruptcy Case Number: 21-40239


05781-KS-DE-035653246

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>May 9, 2021</u>, at <u>1:51</u> o'clock <u>PM PDT</u>, <u>Thomas Goerdel</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Kansas</u>.

Date: <u>May 9, 2021</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>