Certificate Number: 05781-KS-DE-035653247

Bankruptcy Case Number: 21-40239


05781-KS-DE-035653247

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 9, 2021, at 1:51 o'clock PM PDT, Jillian Goerdel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Kansas.

Date: May 9, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President