| Fill in this information to identify your case: |
|---|

| Debtor 1 | Thomas | Frederick | Goerdel |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Jillian | Marie | Goerdel |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of ___Kansas___
(State)

Case number 21-40239
(If known)  Chapter 7

# Official Form 427
## Cover Sheet for Reaffirmation Agreement

12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

**1. Who is the creditor?**

Azura Credit Union
Name of the creditor

**2. How much is the debt?**

On the date that the bankruptcy case is filed: Loan: $11,333.82 as of 4/19/2021, Bankruptcy Petition Date, plus interest continuing to accrue thereafter at contract rate of 3.24% per annum

Loan: $285.17 per month until loan paid

To be paid under the reaffirmation agreement: Loan: $11,083.86 plus interest from and after 5/3/2021 at contract rate of 3.24% per annum

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

Before the bankruptcy case was filed Loan: 3.24%

Under the reaffirmation agreement:  Loan: 3.24% Fixed

☒ Fixed rate
☐ Adjustable rate

**4. Does collateral secure the debt?**

☐ No
☒ Yes. Describe the collateral. 2015 Ford Fusion

Current market value  $13,625.00 (J.D. Power Valuation)

**5. Does the creditor assert that the debt is nondischargeable?**

☒ No
☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

| Income and expenses reported on Schedules I and J | | Income and expenses stated on the reaffirmation agreement | |
|---|---|---|---|
| 6a. Combined monthly income from line 12 of Schedule I | $5,922.95 | 6e. Monthly income from all sources after payroll deductions | $5,922.95 |
| 6b. Monthly expenses from line 22c of Schedule J | $5,765.55 | 6f. Monthly expenses | − $5,765.55 |
| 6c. Monthly payments on all reaffirmed debts not listed on Schedule J | − $ 0.00 | 6g. Monthly payments on all reaffirmed debts not included in monthly expenses | − $ 0.00 |
| 6d. Scheduled net monthly income Subtract lines 6b and 6c from 6a. If the total is less than 0, put the number in brackets. | $157.40 | 6h. Present net monthly income Subtract lines 6f and 6g from 6e. If the total is less than 0, put the number in brackets. | $157.40 |

00430574.DOCX

| 7. Are the income amounts on lines 6a and 6e different? | ☒ No<br>☐ Yes. Explain why they are different and complete line 10. _____ |
|---|---|
| 8. Are the expense amounts on lines 6b and 6f different? | ☒ No<br>☐ Yes. Explain why they are different and complete line 10. _____ |
| 9. Is the net monthly income in line 6h less than 0? | ☒ No<br>☐ Yes. A presumption of hardship arises (unless the creditor is a credit union).<br>Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10. |
| 10. Debtor's certification about lines 7-9<br><br>If any answer on lines 7-9 is Yes, the debtor must sign here.<br>If all the answers on lines 7-9 are *No*, go to line 11. | I certify that each explanation on lines 7-9 is true and correct.<br><br>✗ /s/ T. Mendel      ✗ _____ |
| 11. Did an attorney represent the debtor in negotiating the reaffirmation agreement? | ☐ No<br>☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>☐ No<br>☒ Yes |

### Part 2: Sign Here

| Whoever fills out this form must sign here. | I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement*.<br><br>✗ /s/Patricia A. Reeder                                    Date 05/04/2021<br>   Signature                                                              MM / DD / YYYY<br><br>   Patricia A. Reeder<br>   Printed Name<br><br>   Check one:<br>   ☐ Debtor or Debtor's Attorney<br>   ☒ Creditor or Creditor's Attorney |
|---|---|

00430574.DOCX

> Check one.
> ☐ Presumption of Undue Hardship
> X  No Presumption of Undue Hardship *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re Thomas Frederick Goerdel and Jillian Marie Goerdel,
   *Debtors.*

Case No. 21-40239
Chapter 7

## REAFFIRMATION DOCUMENTS

### Name of Creditor: Azura Credit Union

☒ Check this box if Creditor is a Credit Union

### I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this Reaffirmation Documents packet.**

1. Brief description of the original agreement being reaffirmed: auto loan
   *For example, auto loan*

2. ***AMOUNT REAFFIRMED***: Loan: $11,083.86 plus interest from and after 5/3/2021 at contract rate of 3.24% per annum

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before the date you sign this Reaffirmation Agreement.

   *See the definition of "Amount Reaffirmed" in Part V.C below.*

3. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is 3.24%
   *See definition of "Annual Percentage Rate" in Part V.C below.*

   This is a *(check one)*   ☒ Fixed rate   ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

4. Reaffirmation Agreement Repayment Terms:

   ☒ If fixed term,
   Loan : $285.17 per month until loan paid

   ☐ If not fixed term, describe repayment terms:

5. Describe the collateral, if any, securing the debt:
   Description:         2015 Ford Fusion

   Current Market Value: $13,625.00 (J.D. Power Valuation)

6. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

   ☒ Yes        ☐ No

   If yes, what was the purchase price for the collateral?     $ 18,612.11
   If no, what was the amount of the original loan?     $_____

7. Detail the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | **Loan** | |
| --- | --- | --- |
|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
| Balance due (including fees and costs) | $11,333.82 on the date of bankruptcy, 4/19/2021 | $11,083.86 plus interest from and after 5/3/2021 |
| APR | 3.24% | 3.24% |
| Monthly Payment | $285.17 | $285.17 |

8. ☐  Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit: _____

## II. DEBTOR'S STATEMENT IN SUPPORT
### OF REAFFIRMATION AGREEMENT

1. Were you represented by an attorney during the course of negotiating this agreement?

   Check one.     ☒ Yes     ☐ No

2. Is the creditor a credit union?

   Check one.     ☒ Yes     ☐ No

3. If your answer to EITHER question 1. or 2. above is "No" complete a. and b. below.

   a.. My present monthly income and expenses are:

      i. Monthly income from all sources after payroll deductions
(take-home pay plus any other income) $ 5922.95

      ii. Monthly expenses (including all reaffirmed debts except
this one)　　　　　　　　　　　　　　　$ 5480.38

      iii. Amount available to pay this reaffirmed debt (subtract ii. from i.)　　$442.57

      iv. Amount of monthly payment required for this reaffirmed debt　　$285.17

*If the monthly payment on this reaffirmed debt (line iv.) **is greater than** the amount you have available to pay this reaffirmed debt (line iii.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   b. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or on me because:

      Check one of the two statements below, if applicable:

      [X] I can afford to make the payments on the reaffirmed debt because my monthly income is greater than my monthly expenses even after I include in my expenses the monthly payments on all debts I am reaffirming, including this one.

      [ ] I can afford to make the payments on the reaffirmed debt even though my monthly income is less than my monthly expenses after I include in my expenses the monthly payments on all debts I am reaffirming, including this one, because: _____

_____

      Use an additional page if needed for a full explanation.

4. If your answers to BOTH questions 1. and 2. above were "Yes," check the following statement, if applicable:

      [X] I believe this reaffirmation agreement is in my financial interest and I can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I (We) hereby certify that:

    i. I (We) agree to reaffirm the debt described above.

    ii. Before signing this reaffirmation agreement, I (we) read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

    iii. The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

    iv. I am (We are) entering into this agreement voluntarily and fully informed of my (our) rights and responsibilities; and

    v. I (We) have received a copy of this completed and signed Reaffirmation Documents packet.

SIGNATURE(S):

Date 5/12/2021   Signature _Thomas Frederick Goerdel_ (signed), Debtor

Date _____   Signature _____

If a joint reaffirmation agreement, both debtors must sign.

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor  Azura Credit Union     610 SW 10th Avenue, Topeka, KS 66612
                                                                                                                  Address

_Javier Pena_     Signature (signed)     Date
Print Name of Representative

## IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 5-20-21    Signature of Debtor's Attorney _(signed)_

                Print Name of Debtor's Attorney  John R. Hooge

## V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, detailed in Part B below, are not completed, the reaffirmation agreement is not effective, even though you have signed it.

### A.   DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the reaffirmation agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this Reaffirmation Documents packet requiring signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.

5. **Can you cancel the agreement?** You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this reaffirmation agreement be effective?**

   a. **If you *were represented* by an attorney during the negotiation of your reaffirmation agreement**

   > i. **if the creditor is not a Credit Union**, your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship in which case the agreement becomes effective only after the court approves it;

   > ii. **if the creditor is a Credit Union**, your reaffirmation agreement becomes effective when it is filed with the court.

   b. **If you *were not represented* by an attorney during the negotiation of your reaffirmation agreement,** the reaffirmation agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your reaffirmation agreement. You must attend this hearing, at which time the judge will review your reaffirmation agreement. If the judge decides that the reaffirmation agreement is in your best interest, the agreement will be approved and will become effective. However, if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your reaffirmation agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the reaffirmation agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

**B. INSTRUCTIONS**

1. Review these Disclosures and carefully consider the decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney section (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement unless your reaffirmation agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B2400B to do this.

## C. DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The amount of debt includes any unpaid fees and costs arising on or before the date you sign this agreement that you are agreeing to pay. Your credit agreement may obligate you to pay additional amounts that arise after the date you sign this agreement. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this agreement.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage Rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| THOMAS FREDERICK GOERDEL<br>621 DURHAM COURT<br>LAWRENCE, KS 66049 DOUGLAS | N/A | LAIRD NOLLER AUTOMOTIVE<br>935 West 23Rd St<br>Lawrence, KS 66046 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2015 | FORD FUSION | 14,587 | 3FA6P0HD0FR260434 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 3.24 % | $ 1,920.13 | $ 18,612.11 | $ 20,532.24 | $ 20,532.24 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 285.17 | Monthly beginning 09/14/18 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use, the maximum charge for each late payment will be $25.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ 761.11 sales tax) ........ $ 16,213.11 (1)
2. Total Downpayment = 2012 MAZDA MAZDA6
   Trade-In (Year) (Make) (Model)
   Gross Trade-In Allowance $ 7,100.00
   Less Pay Off Made By Seller $ 8,670.00
   Equals Net Trade In $ -1,570.00
   + Cash $ N/A
   + Other N/A $ N/A
   $ 0.00
   (If total downpayment is negative, enter "0" and see 4I below) $ -16,213.11 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ........ $ 16,213.11 (3)
4. Other Charges including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life $ N/A
      Disability $ N/A N/A
   B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A
   C Other Optional Insurance Paid to Insurance Company or Companies $ N/A
   D Optional Gap Contract $ 525.00
   E Official Fees Paid to Government Agencies
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
   F Government Taxes Not Included in Cash Price $ N/A
   G Government License and/or Registration Fees
      LICENSE AND/OR REG FEES $ 5.00
      Government Certificate of Title Fees $ N/A
   H 
   I Other Charges (Seller must identify who is paid and describe purpose)
      to USAA FEDERAL SAVINGS BANK for Prior Credit or Lease Balance $ 1,570.00
      to N/A for N/A $ N/A
      to LAIRD NOLLER AU for ADMIN FEE $ 299.00
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
      to N/A for N/A $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf $ 2,399.00
5. Amount Financed (3 + 4) $ 18,612.11 (5)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___, Year ____ SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos. Name of Gap Contract Western Diversified Servi

I want to buy a gap contract.
Buyer Signs X _T. Sordel_

### Insurance Section (right column)

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. Insurance you provide must be acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ Type of Insurance N/A Term N/A
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

☐ Type of Insurance N/A Term N/A
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.
X N/A N/A
Buyer Signature Date
X N/A N/A
Co-Buyer Signature Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** If any check you give us is dishonored, you will pay a charge of $30 if we demand that you do so.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4D of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _T. Sordel_ Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**NOTICE TO CONSUMER.** 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _T. Sordel_ Date 07/31/18 Co-Buyer Signs X N/A Date N/A

Co-Buyers and Other Owners – A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not owe the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs X N/A Address N/A
Seller Signs LAIRD NOLLER AUTOMOTIVE Date 07/31/18 By X _signature_ Title Pres.

Seller assigns its interest in this contract to AZURA CREDIT UNION (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☐ Assigned without recourse ☐ Assigned with limited recourse
Seller LAIRD NOLLER

ILAW FORM NO. 553-KS (REV. 4/16) U.S. PATENT NO. 8,460,782
© 2016 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security interest.**
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay what you owe at once after we give you any notice the law requires. Default means:
      • You do not pay any payment on time; or
      • You give false, incomplete, or misleading information on a credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral. We bear the burden of establishing the prospect of significant impairment.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including court costs, attorney fees and collection agency fees, but you will not have to pay both attorney fees and collection agency fees. Collection costs will not include costs incurred by our salaried employees and will not exceed 15% of the amount you owe.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It only applies if you are an organization.
   **Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**
   Federal law and Kansas law apply to this contract. This contract shall be subject to the provisions of the Kansas Uniform Consumer Credit Code (including Article 2, Parts 2 and 5) unless you are a corporation or the vehicle is purchased primarily for business or agricultural use.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-KS 9/16

# AGREEMENT TO PROVIDE INSURANCE

TO: AZURA CREDIT UNION
1129 S KANSAS AVE Topeka, KS 66612
ASSIGNEE/LIENHOLDER

I UNDERSTAND THAT THE VEHICLE LISTED BELOW MUST BE COVERED UP TO THE MAXIMUM DEDUCTIBLES AND BY BOTH 1) COLLISION AND 2) COMPREHENSIVE COVERAGES, OR FIRE AND THEFT AND COMBINED ADDITIONAL COVERAGES. INSURANCE MAY BE OBTAINED FROM A PERSON OF YOUR CHOICE.

My present insurance coverage includes the required coverage. I WILL MAINTAIN CONTINUOUS INSURANCE through the insurance company shown below, requesting my agent to note the Assignee/Lienholder's interest in the vehicle and endorse the policy with a loss payable endorsement in favor of the Assignee/Lienholder.

| Year | Make | Model | Body Style | Vehicle Identification Number |
|---|---|---|---|---|
| 2015 | FORD | FUSION | 4DR SDN SE FWD | 3FA6P0HD0FR280434 |

## PURCHASER

| Name | THOMAS FREDERICK GOERDEL |
|---|---|
| Street Number | 621 DURHAM COURT |
| City State/Prov Zip/Postal Code | LAWRENCE, KS 66049 |

## INSURANCE AGENT

| Agent Name | |
|---|---|
| Street Number | |
| City State/Prov Zip/Postal Code | |
| Telephone Number | |

## INSURANCE COMPANY

| Name (If Known) | USAA |
|---|---|
| Policy or Binder No. | ■■■■■■■ |
| Effective Dates | From: 07/31/18  To: 01/08/19 |
| Coverage | ☐ FIRE, THEFT, CAC  ☐ COMPREHENSIVE<br>☐ COLLISION DEDUCTIBLE $_____<br>CAR AND LIGHT TRUCK MAXIMUM DEDUCTIBLE - $1000<br>MEDIUM/HEAVY TRUCK MAX DEDUCTIBLE - $2500 (US)<br>- GREATER OF $5000 OR 5% OF CASH PRICE (CAN) |

_T. Goerdel_ 07/31/18
Purchaser Signature (REQUIRED)   Date

_[signature]_ 07/31/18
Dealer/Salesperson Signature (REQUIRED)   Date

PT. 1 - ASSIGNEE/LIENHOLDER COPY   PT. 2 - CUSTOMER COPY
PT. 3 - DEALER COPY

# Lookup SI

*Enter a Vehicle Identification Number, then click the search button.

VIN: `3FA6P0HD0FR280434`  [Search]

## Motor Vehicle System (MVS) Current Lien(s) Information:

| Owner | Year | Make | Lender Name | Lien Type | Lender Number | Lien Date | SI Tracking Num | Title Status | Electronic |
|---|---|---|---|---|---|---|---|---|---|
| Goerdel, Thomas Frederick | 2015 | FORD | Azura Credit Union | Lien | 9564645 | 8/7/2018 4:45:09 PM | 23X01371012 | Approved | True |

## Motor Vehicle System (MVS) Current Owner Information:

**List only includes perfected Owners. SI Application Owners will not be posted below until the Title has matched with the SI App.

| Organization Name | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| | Thomas | Frederick | Goerdel | |

[Clear] [Main Menu]

Case 21-40239    Doc# 15    Filed 05/21/21    Page 13 of 17

J.D. Power Official Used Car Guide
Monday, May 3, 2021

Vehicle Summary J.D. Power Values

Region:
Kansas - May 2021
Vehicle Description:
2015 Ford Fusion Sedan 4D SE EcoBoost 1.5L I4 Turbo
Selected Accessories:
VIN:
3FA6P0HD0FR280434
MSRP:
$24,730.00
Mileage:
60,000

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base Value: | $7,850.00 | $8,975.00 | $9,900.00 | $8,925.00 | $12,250.00 |
| Mileage Adjustment: | $1,375.00 | $1,375.00 | $1,375.00 | $1,375.00 | $1,375.00 |
| Options Adjustment: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total NADA Official Used Car Guide Values: | $9,225.00 | $10,350.00 | $11,275.00 | $10,300.00 | $13,625.00 |

J.D. Power assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. All J.D. Power values are reprinted with permission of J.D. Power Used Car Guide.

GOERDEL, THOMAS F  
2550 REDBUD LN  
APT 3  
LAWRENCE, KS 66046-5711

**Account:** [redacted]  
**Phone Number:** (979) 324-4496  
**Preferred Home Email:** goerdel@msn.com  
**Association:**  
**SSN:** [redacted]  
**Branch:** INDIRECT

## Account History

### From: 08/10/2018 to: 05/03/2021

Loan History: [redacted]2 1300 - 2015 FORD FUSION

| Effective | Br | Transaction Description | Amount | Principal | Interest | Fees | Balance | Code | Number | Teller | Follow Up |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/2018 | | Beginning Balance | | | | | 0.00 | | | | |
| 08/10/2018 | 11 | Advance LOAN PROCEEDS [redacted] GOERDEL $18,612.11 | 18,612.11 | 18,612.11 | 0.00 | 0.00 | 18,612.11 | AD | 91462944 | 497/497 | No |
| 09/28/2018 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -173.43 | -97.48 | -14.26 | 18,438.68 | LP | 94265751 | $E | No |
| 09/28/2018 | 1 | Next Loan Payment Due: 10/14/2018 | | | | | | MG | 94265751 | $E | |
| 11/14/2018 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -193.98 | -76.93 | -14.26 | 18,244.70 | LP | 97002036 | $E | No |
| 11/14/2018 | 1 | Next Loan Payment Due: 11/14/2018 | | | | | | MG | 97002036 | $E | |
| 12/03/2018 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -240.14 | -30.77 | -14.26 | 18,004.56 | LP | 98113648 | $E | No |
| 12/03/2018 | 1 | Next Loan Payment Due: 12/14/2018 | | | | | | MG | 98113648 | $E | |
| 12/21/2018 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -256.40 | -28.77 | 0.00 | 17,748.16 | LP | 99235540 | $E | No |
| 12/21/2018 | 1 | Next Loan Payment Due: 01/14/2019 | | | | | | MG | 99235540 | $E | |
| 01/15/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -245.78 | -39.39 | 0.00 | 17,502.38 | LP | 100589301 | $E | No |
| 01/15/2019 | 1 | Next Loan Payment Due: 02/14/2019 | | | | | | MG | 100589301 | $E | |
| 04/08/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -131.22 | -128.95 | -25.00 | 17,371.16 | LP | 105623334 | $E | No |
| 04/08/2019 | 1 | Next Loan Payment Due: 03/14/2019 | | | | | | MG | 105623334 | $E | |
| 05/07/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -226.19 | -44.72 | -14.26 | 17,144.97 | LP | 107512172 | $E | No |
| 05/07/2019 | 1 | Next Loan Payment Due: 04/14/2019 | | | | | | MG | 107512172 | $E | |
| 05/14/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CIE*****[redacted] | -285.17 | -274.52 | -10.65 | 0.00 | 16,870.45 | LP | 107959970 | $E | No |
| 05/14/2019 | 1 | Next Loan Payment Due: 05/14/2019 | | | | | | MG | 107959970 | $E | |
| 06/21/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -214.00 | -56.91 | -14.26 | 16,656.45 | LP | 110439659 | $E | No |
| 06/21/2019 | 1 | Next Loan Payment Due: 06/14/2019 | | | | | | MG | 110439659 | $E | |
| 08/23/2019 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -570.34 | -452.19 | -93.15 | -25.00 | 16,204.26 | LP | 114587766 | $E | No |
| 08/23/2019 | 1 | Next Loan Payment Due: 08/14/2019 | | | | | | MG | 114587766 | $E | |
| 09/25/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -212.70 | -47.47 | -25.00 | 15,991.56 | LP | 116749876 | $E | No |
| 09/25/2019 | 1 | Next Loan Payment Due: 09/14/2019 | | | | | | MG | 116749876 | $E | |
| 10/21/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -248.26 | -36.91 | 0.00 | 15,743.30 | LP | 118485626 | $E | No |
| 10/21/2019 | 1 | Next Loan Payment Due: 10/14/2019 | | | | | | MG | 118485626 | $E | |
| 10/21/2019 | 1 | Payment AZURA CU ECM WEB-LOAN PAY CPPD*****[redacted] | -285.17 | -285.17 | 0.00 | 0.00 | 15,458.13 | LP | 118485626 | $E | No |
| 10/21/2019 | 1 | Next Loan Payment Due: 11/14/2019 | | | | | | MG | 118485626 | $E | |
| 12/03/2019 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -285.17 | -211.91 | -59.00 | -14.26 | 15,246.22 | LP | 121317149 | $E | No |
| 12/03/2019 | 1 | Next Loan Payment Due: 12/14/2019 | | | | | | MG | 121317149 | $E | |
| 12/31/2019 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -285.17 | -233.02 | -37.89 | -14.26 | 15,013.20 | LP | 123192873 | $E | No |
| 12/31/2019 | 1 | Next Loan Payment Due: 01/14/2020 | | | | | | MG | 123192873 | $E | |
| 03/31/2020 | 1 | Payment CHECK BY PHONE | -855.51 | -709.24 | -121.27 | -25.00 | 14,303.96 | LP | 129119855 | 524 | No |
| 03/31/2020 | 1 | Next Loan Payment Due: 04/14/2020 | | | | | | MG | 129119855 | 524 | |
| 04/21/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -285.17 | -258.51 | -26.66 | 0.00 | 14,045.45 | LP | 130324546 | $E | No |
| 04/21/2020 | 1 | Next Loan Payment Due: 05/14/2020 | | | | | | MG | 130324546 | $E | |
| 05/21/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -285.17 | -247.77 | -37.40 | 0.00 | 13,797.68 | LP | 132297770 | $E | No |
| 05/21/2020 | 1 | Next Loan Payment Due: 06/14/2020 | | | | | | MG | 132297770 | $E | |
| 06/24/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -285.17 | -243.53 | -41.64 | 0.00 | 13,554.15 | LP | 134708036 | $E | No |
| 06/24/2020 | 1 | Next Loan Payment Due: 07/14/2020 | | | | | | MG | 134708036 | $E | |
| 07/21/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -285.17 | -252.68 | -32.49 | 0.00 | 13,301.47 | LP | 136650736 | $E | No |
| 07/21/2020 | 1 | Next Loan Payment Due: 08/14/2020 | | | | | | MG | 136650736 | $E | |
| 08/25/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXX[redacted] (S) | -285.17 | -229.58 | -41.33 | -14.26 | 13,071.89 | LP | 139183039 | $E | No |
| 08/25/2020 | 1 | Next Loan Payment Due: 09/14/2020 | | | | | | MG | 139183039 | $E | |
| 09/22/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX[redacted] (S) | -285.17 | -252.68 | -32.49 | 0.00 | 12,819.21 | LP | 141189936 | $E | No |
| 09/22/2020 | 1 | Next Loan Payment Due: 10/14/2020 | | | | | | MG | 141189936 | $E | |

Case 21-40239    Doc# 15    Filed 05/21/21    Page 15 of 17

| Date | | Description | | | | | Balance | Type | Ref | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX▇ (S) | -285.17 | -224.26 | -46.65 | -14.26 | 12,594.95 | LP | 144155935 | $E | No |
| 11/02/2020 | 1 | Next Loan Payment Due: 11/14/2020 | | | | | | MG | 144155935 | $E | |
| 12/01/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX▇ (S) | -285.17 | -238.49 | -32.42 | -14.26 | 12,356.46 | LP | 146222004 | $E | No |
| 12/01/2020 | 1 | Next Loan Payment Due: 12/14/2020 | | | | | | MG | 146222004 | $E | |
| 12/10/2020 | 1 | Due Date Advanced - Holiday Skip-A-Pay | | | | | | MG | | 465 | No |
| 12/31/2020 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX▇ (S) | -285.17 | -252.26 | -32.91 | 0.00 | 12,104.20 | LP | 148418790 | $E | No |
| 12/31/2020 | 1 | Next Loan Payment Due: 02/14/2021 | | | | | | MG | 148418790 | $E | |
| 01/22/2021 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX▇ (S) | -285.17 | -261.53 | -23.64 | 0.00 | 11,842.67 | LP | 149956499 | $E | No |
| 01/22/2021 | 1 | Next Loan Payment Due: 03/14/2021 | | | | | | MG | 149956499 | $E | |
| 02/26/2021 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX▇ (S) | -285.17 | -248.38 | -36.79 | 0.00 | 11,594.29 | LP | 152389881 | $E | No |
| 02/26/2021 | 1 | Next Loan Payment Due: 04/14/2021 | | | | | | MG | 152389881 | $E | |
| 03/22/2021 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX▇ (S) | -285.17 | -260.47 | -24.70 | 0.00 | 11,333.82 | LP | 154372619 | $E | No |
| 03/22/2021 | 1 | Next Loan Payment Due: 05/14/2021 | | | | | | MG | 154372619 | $E | |
| 04/26/2021 | 1 | Payment THOMAS F GOERDEL AZURA CU-TRANSFER XXXX▇ (S) | -285.17 | -249.96 | -35.21 | 0.00 | 11,083.86 | LP | 157194353 | $E | No |
| 04/26/2021 | 1 | Next Loan Payment Due: 06/14/2021 | | | | | | MG | 157194353 | $E | |

GOERDEL, THOMAS F	**Account:** ▮	**SSN:** ▮
2550 REDBUD LN	**Phone Number:** (979) 324-4496   **Branch:** INDIRECT
APT 3	**Preferred Home Email:** goerdel@msn.com
LAWRENCE, KS 66046-5711	**Association:**

## Account Balances

| Main Account | 2 | Images | Services | Profitability |

**Totals for All Accounts Owned By THOMAS F GOERDEL**

|   | Balance | Available |   |
|---|---|---|---|
| Shares | 5.00 | 0.00 | |
| Loans | 11,083.86 | 0.00 | Services In Use |
| Certificates | 0.00 | 0.00 | |
| | **$11,088.86** | **$0.00** | |

Payroll and Scheduled Payments

**Shares - 2**

| Description | Balance | Available | Pledged | Minimum | Holds | Activity | Type | Rate | Div |
|---|---|---|---|---|---|---|---|---|---|
| 1-REGULAR SAVINGS | 5.00 | 0.00 | 0.00 | 5.00 | 0.00 | 08/10/2018 | 65 | A | U |
| **Total:** | **5.00** | **0.00** | | | | | | | |

**Loans - 2**

| Description | Balance | Payment | Due | Delinquent | Rate | Available | Payoff | Per Day | Payments | Type | Variable | Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300-2015 FORD FUSION | 11,083.86 | 285.17 | 06/14/2021 | 0.00 | 3.240 | 0.00 | 11,090.75 | 0.98 | Monthly | 53 | | U |
| **Total:** | **11,083.86** | | | | | | | | | | | |

Case 21-40239    Doc# 15    Filed 05/21/21    Page 17 of 17