Form fnldec  (Revised 08/01/2018)

# United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 21−40239     Chapter: 7

In re:

Thomas Frederick Goerdel
2906 University Dr
Lawrence, KS 66049−2862

SSN: xxx−xx−9766

Jillian Marie Goerdel
fka     Jillian Marie Klaus
2906 University Dr
Lawrence, KS 66049−2862

SSN: xxx−xx−9989

**FINAL DECREE**

| **Filed And Entered By The Court** |
|---|
| **7/22/21** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Patricia E Hamilton is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 20

s/ Dale L. Somers
United States Bankruptcy Judge