**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas Frederick Goerdel | Social Security number or ITIN    xxx–xx–9766 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jillian Marie Goerdel | Social Security number or ITIN    xxx–xx–9989 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

Date Notice Issued: **7/21/21**

United States Bankruptcy Court    District of Kansas

Case number / Judge:    **21–40239 / Dale L. Somers**

# Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas Frederick Goerdel      Jillian Marie Goerdel
     fka Jillian Marie Klaus

7/21/21      **By the court:** Dale L. Somers
     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  Case No. 21-40239-DLS
Thomas Frederick Goerdel  Chapter 7
Jillian Marie Goerdel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-5  User: admin  Page 1 of 3
Date Rcvd: Jul 22, 2021  Form ID: 318  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | | Jillian Marie Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |
| 9615317 | | Azura Credit Union, 2623 SE 29th St, Topeka KS 66605-2244 |
| 9615318 | | Barber Emerson LC, PO Box 667, Lawrence KS 66044-0667 |
| 9615320 | | Cherry Hill Properties LLC, 2357 Ridge Ct Apt 53, Lawrence KS 66046-3975 |
| 9615322 | | Creditors Service Bureau Inc, PO Box 5009, Topeka KS 66605-0009 |
| 9615324 | | Dr Patrick Moriarty, 3901 Rainbow Blvd, Kansas City KS 66160-8500 |
| 9615325 | # | Enchance Dental Care, 3514 Clinton Pkwy Ste G, Lawrence KS 66047-2103 |
| 9615326 | | Evergy Central 1st, 818 S Kansas Ave, Topeka KS 66612-1203 |
| 9615327 | | Family Centered Medicine LLC, 4930 Overland Dr, Lawrence KS 66049-4132 |
| 9615335 | | LMH Health, 325 Maine St, Lawrence KS 66044-1360 |
| 9615334 | | LMH Health, 1310 Wakarusa Dr Ste A, Lawrence KS 66049-3854 |
| 9615331 | | Lawrence Anaesthesia PA, PO Box 545, Lawrence KS 66044-0545 |
| 9615332 | | Lawrence Clinical Laboratory, PO Box 602, Wichita KS 67201-0602 |
| 9615333 | | Lawrence OB/gyn, PO Box 843666, Kansas City MO 64184-3666 |
| 9615336 | | National General, PO Box 853921, Richardson TX 75085-3921 |
| 9615338 | | Palliative Support Services, 330 Arkansas St Ste 210, Lawrence KS 66044-1394 |
| 9615339 | | Radiologic Professional Services, PO Box 1103, Wichita KS 67201-1103 |
| 9615340 | | Receivable Management Services Corp, PO Box 361598, Columbus OH 43236-1598 |
| 9615342 | + | US Attorneys Office, US Courthouse, 444 SE Quincy St Ste 290, Topeka KS 66683-3592 |
| 9615344 | + | US Department of Education, Business Operations/Federal Student Aid, 50 United Nations Plz, San Francisco CA 94102-4918 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: goerdel@msn.com | Jul 22 2021 20:10:00 | Thomas Frederick Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |
| cr | + | Email/Text: collections@azuracu.com | Jul 22 2021 20:11:00 | Azura Credit Union, 1129 S Kansas Ave, Topeka, KS 66612-1396 |
| cr | | EDI: JEFFERSONCAP.COM | Jul 23 2021 00:13:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56301-9617 |
| 9615319 | | Email/Text: Legal.Services@bcbsks.com | Jul 22 2021 20:10:00 | Blue Cross Blue Shield of KS, 1133 SW Topeka Blvd, Topeka KS 66629-0001 |
| 9615321 | | Email/Text: cws@creditworldservices.com | Jul 22 2021 20:10:00 | Credit World Services Inc, 6000 Martway St, Shawnee Mission KS 66202-3339 |
| 9615323 | | EDI: DISCOVER.COM | Jul 23 2021 00:13:00 | Discover Financial, PO Box 6103, Carol Stream IL 60197-6103 |
| 9615328 | | EDI: IIC9.COM | Jul 23 2021 00:13:00 | IC Systems, 444 Highway 96 E, Saint Paul MN 55127-2557 |
| 9615330 | | EDI: IRS.COM | | |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jul 23 2021 00:13:00 | Internal Revenue Service, Insolvency Administration, PO Box 7346, Philadelphia PA 19101-7346 |
| 9615337 | | EDI: NAVIENTFKASMSERV.COM | Jul 23 2021 00:13:00 | Navient Solutions LLC, PO Box 9640, Wilkes Barre PA 18773-9640 |
| 9615506 | + | EDI: RECOVERYCORP.COM | Jul 23 2021 00:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9615341 | | EDI: RMSC.COM | Jul 23 2021 00:13:00 | Synchrony Ban, Bankruptcy Department, PO Box 965061, Orlando FL 32896-5061 |
| 9615343 | | EDI: ECMC.COM | Jul 23 2021 00:08:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 9615345 | | EDI: WFFC.COM | Jul 23 2021 00:13:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville NC 28590-1697 |
| 9615346 | | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 22 2021 20:10:00 | Westlake Financial Services, PO Box 54807, Los Angeles CA 90054-0807 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9615329 | *+ | IC Systems, 444 Highway 96 E, Saint Paul MN 55127-2557 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| John R. Hooge | on behalf of Joint Debtor Jillian Marie Goerdel ecfmail@johnhooge.com  G14872@notify.cincompass.com |
| John R. Hooge | on behalf of Debtor Thomas Frederick Goerdel ecfmail@johnhooge.com  G14872@notify.cincompass.com |
| Patricia A. Reeder | on behalf of Creditor Azura Credit Union reeder@wrglaw.com  brandi@wonerglenn.com |
| Patricia E Hamilton | on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com  ks12@ecfcbis.com |
| Patricia E Hamilton | phamilton@stevensbrand.com  ks12@ecfcbis.com |

U.S. Trustee
    ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6