## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number:  21−40239

Chapter:  7

In re:

Thomas Frederick Goerdel
2906 University Dr
Lawrence, KS 66049−2862

Jillian Marie Goerdel
fka     Jillian Marie Klaus
2906 University Dr
Lawrence, KS 66049−2862

SSN: xxx−xx−9766

SSN: xxx−xx−9989

| Filed And Entered By The Court |
|---|
| **7/22/21**<br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court |

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Patricia E Hamilton is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 20

s/ Dale L. Somers
United States Bankruptcy Judge

In re:

Thomas Frederick Goerdel

Jillian Marie Goerdel

    Debtors

Case No. 21-40239-DLS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 1083-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: fnldecre | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | Jillian Marie Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: goerdel@msn.com | Jul 22 2021 20:10:00 | Thomas Frederick Goerdel, 2906 University Dr, Lawrence, KS 66049-2862 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John R. Hooge | on behalf of Joint Debtor Jillian Marie Goerdel ecfmail@johnhooge.com  G14872@notify.cincompass.com |
| John R. Hooge | on behalf of Debtor Thomas Frederick Goerdel ecfmail@johnhooge.com  G14872@notify.cincompass.com |
| Patricia A. Reeder | on behalf of Creditor Azura Credit Union reeder@wrglaw.com  brandi@wonerglenn.com |
| Patricia E Hamilton | on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com  ks12@ecfcbis.com |
| Patricia E Hamilton | phamilton@stevensbrand.com  ks12@ecfcbis.com |

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 6